**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No.  14-CR-00257-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. FRALANDEN CHEE NAIZE,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

This matter was set for a telephonic Status Conference on August 12, 2014 at 3:00 p.m. with the Magistrate Judge, however, no one called in, therefore:

**IT IS HEREBY ORDERED** that this matter is set for a Status Conference before the Magistrate Judge on Defendant's Unopposed Motion to Exclude Time from the Speedy Trial Act Computation [Doc. #18] on August 15, 2014 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the Defendant must be present, however, defense counsel, David Johnson, may appear by video conference if he chooses to do so.

**DATED: August 12, 2014.**

> **BY THE COURT:**
>
> **s/David L. West**
> **United States Magistrate Judge**