**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 14-CR-00257-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1. FRALANDEN CHEE NAIZE,**

**Defendant.**

---

**ORDER RE: MOTION REQUESTING CHANGE OF PLEA HEARING
AND BOND SURRENDER [DOC. #24]**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

   **IT IS HEREBY ORDERED** that this matter is set for a Change of Plea Hearing and Bond Surrender on September 16, 2014 at 10:30 a.m. before the Magistrate Judge in Durango, Colorado.

**DATED: September 2, 2014.**

                                        **BY THE COURT:**

                                        **s/David L. West**
                                        **United States Magistrate Judge**