**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.  14-cr-00257-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  FRALANDEN CHEE NAIZE,

      Defendant.

---

**ORDER**

---

      Pursuant to and in accordance with the sentencing hearing held before the

Honorable Robert E. Blackburn, United States District Judge, on December 8, 2014,

      **IT IS ORDERED** that Defendant Fralanden Chee Naize is sentenced to **time**

**served**.

      Dated:  December 8, 2014

                  BY THE COURT:


                  s/ Robert E. Blackburn
                  ROBERT E. BLACKBURN,
                  UNITED STATES DISTRICT JUDGE